# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:11cr194 |
| | : | No. 3:14cv1717 |
| v. | : | (Judge Munley) |
| **KRISHNA MOTE,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 8th day of June 2018, the defendant's Rule 60(b)(6) motion (Doc. 169) to reopen his § 2255 motion to vacate, set aside, or correct sentence is **DENIED**.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY
United States District Court**